# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:23-cr-00196-RJC-SCR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **SCOTT BRYAN PENALOZA,** | ) | |
| | ) | |
| **Defendant.** | | |

The parties are hereby directed and **ORDERED** to maintain all exhibits offered and admitted in the above entitled case by either party during the detention hearing held on September 26, 2023, including maintaining them in a manner and format facilitating efficient distribution in the event of a request for access to exhibits from the media or other member of the public.

**IT IS FURTHER ORDERED** that the Clerk or Court is hereby relieved of all responsibility for said exhibits.

**SO ORDERED**.

Signed: September 27, 2023

Susan C. Rodriguez
United States Magistrate Judge